**Bruce W. Brewer**, OSB No. 92558  
Internet E-mail Address: btownlaw@yahoo.com  
419 5th Street  
Oregon City, OR 97045  
Phone: 503-722-8833  
Fax: 503-656-8481  
Attorney for plaintiff

FILED '07 JUL 27 11:51 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**LINDA JILER**,                  CIVIL CASE NO. 06-535-HO

        Plaintiff,

                               ORDER AWARDING  
                               ATTORNEY FEES PURSUANT TO  
                               THE EQUAL ACCESS TO JUSTICE ACT

vs.

**COMMISSIONER,**  
of Social Security  
Administration,  
        Defendant.

---

      Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7,499.00, are awarded to Plaintiff's attorney, Bruce Brewer, pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412. The check shall be mailed to Plaintiff's attorney's office: Bruce Brewer, 419 Fifth Street, Oregon City, Oregon 97045. There are no costs or expenses to be paid herein.

      DATED this 27th day of July, 2007

                                           _____  
                                           United States District Judge

Submitted by:

Bruce W. Brewer, OSB No. 92558  
503-722-8833, Attorney for Plaintiff

1 - ORDER FOR EAJA FEES